### HAROLD v. THE STATE.

Appeal from Callahan county.

*Statute Construed.*—The conviction in this case was had under Article 694 of the penal code, which denounced as an offense the permitting of one having control of or owning sheep infected with

scab, the herding or running at large of such sheep upon land not his own. But HELD, that said article was repealed by the act entitled, "An act for the protection of the wool-growing interests of the state of Texas," passed April 4, 1883. For rules of construction in such cases, see 21 Texas, 734. Reversed and dismissed.

Opinion by Hurt, J.